UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISON

| | | |
|---|---|---|
| BRIANNA BROWN, | ) | No. 6:21-cv-00027-MGL |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
| Acting Commissioner of | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER

AND NOW, this 12 day of October 2021, upon consideration of the afore-stated stipulation, it is hereby ORDERED that Plaintiff, Brianna Brown, is awarded Five Thousand, Forty-Nine dollars and 00/100 cents ($5,049.00) in attorney fees and Twenty-One dollars and 15/100 cents ($21.15) in expenses under the Equal Access to Justice Act ("EAJA"). Full or partial remittance of the awarded attorney's fees will be contingent upon a determination by the Government that owes no qualifying, pre-existing debt(s) to the Government. If such debt(s) exist, the Government will reduce the fees awarded in this Order to the extent necessary to satisfy such debts.

s/ Mary Geiger Lewis_____
Honorable Mary Geiger Lewis
United States District Judge

October 12, 2021
Columbia, South Carolina